**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

JEFFREY LAMONT TAYLOR,     )  NO.  CV 16-1288-CAS (AS)
                   )
          Petitioner,  )
                   )
        v.           )        **JUDGMENT**
                   )
STU SHERMAN, Warden,      )
                   )
          Respondent.  )
                   )
_____)

     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

     DATED:  December 27, 2016.

                            _____
                            CHRISTINA A. SNYDER
                        UNITED STATES DISTRICT JUDGE